UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VANESSA ROBINSON,**

    **Plaintiff,**

**v.**                                            **Case No: 8:24-cv-01659-MSS-LSG**

**CHAPTERS HEALTH SYSTEMS et al,**

    **Defendant.**

_____

**ORDER**

    **THIS CAUSE** comes before the Court for consideration of the Plaintiff's Motion to Proceed in forma pauperis, (DKt. 2), Amemded Complaint, (Dkt. 4), and Motion for Case Status. (Dkt. 6)

    On December 12, 2024, United States Magistrate Judge Lindsay S. Griffin issued a Report and Recommendation, (Dkt. 8), which recommended (1) denying Plaintiff's Motion to Proceed in forma pauperis, (DKt. 2), (2) dismissing Plaintiff's Amended Complaint without prejudice, (Dkt. 4), (3) affording Plaintiff leave to file a second amended complaint, and (4) denying as moot Plaintiff's motion for case status. (Dkt. 6) The Parties have not objected to Judge Griffin's Report and Recommendation, and the deadline for doing so has passed. Upon consideration of

all relevant filings, case law, and being otherwise fully advised, the Court **ADOPTS** Judge Griffin's Report and Recommendation. (Dkt. 8)

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). Absent specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 7), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion to Proceed in forma pauperis, (Dkt. 2), is **DENIED**.

3. Plaintiff's Amended Complaint, (Dkt. 4), is **DISMISSED** without prejudice. Thus, Plaintiff may, if she has a good faith basis for amending this claim, file a second amended complaint addressing the deficiencies noted with respect to her claims.

4. Plaintiff may file a second amended complaint within **TWENTY-ONE (21) DAYS** of the date of this Order. Failure to file an amended complaint within the time allotted as directed will result in this Order becoming a final judgment and Dismissal of Plaintiff's case With Prejudice.

5. Plaintiff's Motion for Case Status, (Dkt. 6), is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of April 2025.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE